IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SUNG RO
c/o The Zdrillich Law Group, LLC,

   Plaintiff,

    v.

PAUL KOTI ATSU, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:18-CV-164-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Gwinnett County. The Defendants' Objections do not properly address the Court's lack of subject matter jurisdiction. This action is not removable. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Gwinnett County.

SO ORDERED, this 26 day of February, 2018.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge